No. 12–5116.  FOX v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 12–5117.  HONARMAND v. J. C. PENNEY.  C. A. 8th Cir.  Certiorari denied.

No. 12–5120.  YOUNG v. PENNSYLVANIA.  Super. Ct. Pa.  Certiorari denied.

No. 12–5122.  MUHONEN v. CINGULAR WIRELESS EMPLOYEE SERVICES, LLC, ET AL.  C. A. 8th. Cir.  Certiorari denied.

No. 12–5123.  DILLON v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 12–5124.  DENNARD v. TUCKER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 12–5126.  BAISEY v. STANSBERRY, WARDEN.  C. A. D. C. Cir.  Certiorari denied.

No. 12–5127.  BROWN v. POLLARD, WARDEN.  C. A. 7th Cir.  Certiorari denied.

No. 12–5128.  RICHARDSON v. GREENE.  C. A. 4th Cir.  Certiorari denied.

No. 12–5129.  JOHNSON v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 12–5130.  CABRERA SAUCEDO v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 12–5133.  MALCOMSON v. TOPPS, INC.  C. A. 9th Cir.  Certiorari denied.

No. 12–5134.  LOPEZ v. TEXAS.  Ct. App. Tex., 4th Dist.  Certiorari denied.

No. 12–5136.  MENDIOLA v. HOBBS, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION.  C. A. 8th Cir.  Certiorari denied.

No. 12–5137.  GUESS v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.